CHARLES H. MILLER *v.* HABIB FARRAH ET AL.

The plaintiff's motion to dismiss the appeal of the defendants Drexel, Kidder and Peabody, Inc., and Farnsworth Associates, Ltd., Inc., from the Court of Common Pleas in Middlesex County is granted.

*David E. Kamins,* for the appellee (plaintiff).

No appearance for the appellants (defendants).

Argued January 2—decided January 2, 1974

LEVIN–TOWNSEND COMPUTER CORPORATION *v.* CITY OF HARTFORD

It appearing that the defendant in the above-entitled case has failed to prosecute its appeal from the Court of Common Pleas in Hartford County with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the appeal be and hereby is dismissed unless the defendant's brief is filed on or before January 15, 1974.

*Richard M. Cosgrove,* deputy corporation counsel, for the appellant (defendant).

*William B. Rush,* for the appellee (plaintiff).